Harley N. Bruce, Appellant, v. Municipal Employees Insurance Association of Chicago, Appellee.

Gen. No. 44,327.

opinion filed May 24, 1948; released for publication June 8, 1948. Earl S. Hodges, for appellant; Duane L. Traynor and Maurice Kepner, of counsel; Mannion, Mannion & Mannion and Ekern, Meyers & Matthias, for appellee; William J. Mannion and Vernon A. Forsberg, of counsel. Opinion by Presiding Justice Niemeyer. Not to be published in full.

